UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARLENA FLEMING,<br><br>  Plaintiff,<br><br>  v.<br><br>M. PALLARES, et al.<br><br>  Defendants. | Case No. 20-cv-03517-SVK<br><br>**ORDER OF TRANSFER** |

Plaintiff's federal civil rights complaint concerns events that occurred at Central California Women's Facility, in Chowchilla, California.  Chowchilla lies in the Eastern District of California.  Accordingly, this action is TRANSFERRED to the Eastern District wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there, and that is where defendants reside.  *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a).  The Clerk shall terminate all pending motions and transfer this action forthwith.

**IT IS SO ORDERED.**

Dated: June 4, 2020

SUSAN VAN KEULEN
United States Magistrate Judge