UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARLENA FLEMING,<br><br>    Plaintiff,<br><br>    v.<br><br>M. PALLARES, et al.,<br><br>    Defendant. | Case No. 1:20cv-cv-0779 JLT (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $400.00 filing fee or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Accordingly, the Court ORDERS as follows:

1. The Clerk of Court is directed to send plaintiff a copy of the application to proceed in forma pauperis;
2. Plaintiff shall submit, within forty-five days of the date of service of this order, the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;

///

///

///

///

3. **No requests for extension will be granted without a showing of good cause**.

**Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: **January 14, 2021**                    **/s/ Jennifer L. Thurston**
                                               UNITED STATES MAGISTRATE JUDGE